**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 11-6393

NAARL RICHARD,

              Petitioner - Appellant,

         v.

PRITCHARD, Det; JASON ROY, Det; D. BAILEY, Officer;
M. HUGHES,

              Respondents – Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.   Patrick Michael Duffy, Senior
District Judge.   (0:10-cv-02022-PMD)

Submitted:  June 30, 2011              Decided:  July 6, 2011

Before WILKINSON, DUNCAN, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Naarl Richard, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Naarl Richard, a federal pretrial detainee, appeals the district court's order accepting the recommendation of the magistrate judge, in part, and denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp. 2010) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Richard v. Pritchard, No. 0:10-cv-02022-PMD (D.S.C. Mar. 7, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED